1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   ANDRES CERVANTES,                         CASE NO. CV F 09-1635 LJO DLB

10                 Plaintiffs,                **ORDER AFTER SETTLEMENT**
         vs.                                 (Doc. 6.)
11
    CONTINENTAL CREDIT
12  ASSOCIATION, INC.,

13                 Defendant.
    _____/
14

15       Plaintiff's counsel has filed a notice of settlement and request to vacate dates.  Pursuant to this

16  Court's Local Rule 16-160, this Court ORDERS plaintiff, **no later than December 10, 2009,** to file

17  appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action

18  should not be closed.

19       This Court VACATES all pending dates and matters, including the December 17, 2009

20  scheduling conference.

21       Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22  parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

23       IT IS SO ORDERED.

24  **Dated:   October 29, 2009        /s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28